James Burke Irwin, V
Irwin, Fritchie, et al.
400 Poydras St., Suite 2700
New Orleans LA 70130

Monique Marie Garsaud
Irwin, Fritchie, et al.
400 Poydras St., Suite 2700
New Orleans LA 70130

David W. O'Quinn
Attorney at Law
400 Poydras Street, Suite 2700
New Orleans LA 70130

Douglas J Moore
Attorney at Law
400 Poydras Street, Ste 2700
New Orleans LA 70130

Brian C. Anderson
O'Melveny & Myers, LLP
1625 Eye St., N.W.
Washington DC 20006

Stephen D. Brody
Attorney at Law
1625 Eye Street, N.W.
Washington DC 20006

Michael E. Stamp
O'Melveny & Myers, LLP
1625 Eye St., N.W.
Washington DC 20006

Thomas F. Campion
Drinker, Biddle & Reath, LLP
500 Campus Drive
Florham Park NJ 07932-1047

James T. Guglielmo
Guglielmo, Lopez, Tuttle
P.O. Drawer 1329
Opelousas LA 70571-1329

James Clarence Lopez
Guglielmo, Lopez & Tuttle
P. O. Drawer 1329
Opelousas LA 70571

**REHEARING ACTION: October 17, 2012**

**Docket Number: 11   01184-CA consolidated with 1,185-CA**

**"BUDDY" CALDWELL, ATTORNEY GENERAL EX REL. STATE OF
LOUISIANA
VERSUS
JANSSEN PHARMACEUTICAL, INC., ET AL.**

**Appealed from St. Landry Parish Case No. 04-C-3967-D C/W 04-C-3977**

**BEFORE JUDGES:**

    **Hon. J. David Painter**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Johnson & Johnson and Ortho-McNeil Janssen**

**Pharmaceuticals, Inc.** has this day been

      **DENIED**

cc: Patrick Craig Morrow, Sr., Counsel for the Appellee
    James P. Ryan, Counsel for the Appellee
    Jeffrey Michael Bassett, Counsel for the Appellee
    Michael W. Perrin, Counsel for the Appellee
    Fletcher V. Trammell, Counsel for the Appellee
    Robert Cowan, Counsel for the Appellee
    Kenneth Warren DeJean, Counsel for the Appellee
    Robert Lyle Salim, Counsel for the Appellee
    Kenneth T. Fibich, Counsel for the Appellee
    L. Christopher Styron, Counsel for the Appellee